AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| SHARON BROGDON )<br>*Plaintiff* )<br>v. )<br>CORRECT CARE SOLUTIONS LLC, et. al., )<br>*Defendant* ) | Civil Action No. 1:16-cv-00012-BR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is entered in favor of the Defendants, CORRECT CARE SOLUTIONS LLC, DANIEL SCOTT TELEGA, PA-C, PARIS BURKE HORAN, M.D., and DAVID BASHLINE, D.O. and against the Plaintiff, SHARON BROGDON.

This action was *(check one)*:

☑ **tried by a jury with Judge** Barbara J. Rothstein presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

CLERK OF COURT

05/22/2017                                                   *Nicole Kierzek*
Date                                                          Signature of Clerk or Deputy Clerk