# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>17-2838 & 17-3028</u>

Sharon Brogdon v. Correct Care Solutions LLC, et al

(Originating Court No. 1-16-cv-00012)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Dated:  February 13, 2018
CJG/JK/cc:   David E. Jokelson, Esq.
            Derek E. Jokelson, Esq.
            Donald H. Smith, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate